UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| **JEFFREY DALE GRANTHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | |
| | ) | 5:09-cv-00001-LGW-JEG |
| **CSX TRANSPORTATION, INC., a corporation,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now the Plaintiff, Jeffrey Dale Grantham, by and through his attorney, and the Defendant, CSX Transportation, Inc., by and through its attorney, and show unto the Court as follows:

1.  That Plaintiff and Defendant are represented by counsel and have joined in this stipulation.

2.  That a compromise settlement has been negotiated and the agreed settlement sum has been paid.

3.  It is hereby stipulated that this case may be forthwith DISMISSED, WITH PREJUDICE, with respect to each count, claim and cause of action that has been brought herein against said Defendant, or that could have been brought herein against said Defendant.

4.  It is further stipulated that each party shall bear its own costs.

Respectfully submitted this 29th day of July, 2010.

**BURGE & BURGE**

**s/F. TUCKER BURGE**
GEORGIA BAR NO. 095140
2001 PARK PLACE #850
BIRMINGHAM, AL   35203
(205)251-9000
(205)323-0512 (Facsimile)
email:  tucker@burge-law.com
ATTORNEY FOR PLAINTIFF


**THE JORDAN FIRM**


s/CHRISTOPHER R. JORDAN
GEORGIA BAR NO. 404425
1804 Frederica Road, Suite C
St. Simons Island, GA   31522
(912)638-0505
(912)638-0605 (Facsimile)
email:  cjordan@thejordanfirmssi.com
ATTORNEY FOR DEFENDANT


**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


s/F. TUCKER BURGE
OF COUNSEL