# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| JEFFREY DALE GRANTHAM ) | |
| ) | |
| ) | |
| v.   ) | Case No. CV 509-01 |
| ) | |
| CSX TRANSPORTATION, INC.   ) | |

## ORDER

Pursuant to Fed. R. Civ. P. 41, the Stipulation of Dismissal filed July 27, 2010 is hereby **APPROVED**. The above captioned case is hereby dismissed with prejudice and each party shall bear its own costs.

SO ORDERED this 2 day of August, 2010.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA